IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANE RICHARDSON                                             PLAINTIFF

v.                    No. 4:21-cv-126-DPM

CRAIN FORD OF LITTLE ROCK, LLC,
and CAPITAL ONE AUTO FINANCE,
INC.                                                       DEFENDANTS

JUDGMENT

Richardson's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2021